IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HELSON PABON GONZALEZ,

                      Plaintiff,

  v.

CORRECTIONAL OFFICER BLISS,

                      Defendant.

ORDER

17-cv-851-jdp[1]

      Plaintiff Helson Pabon Gonzalez, appearing pro se, is a prisoner at Fox Lake Correctional Institution. He has recently filed a series of lawsuits in this court, many of which contained allegations that were too vague to state claims for relief. In an October 12, 2018 order, I gave Pabon Gonzalez a final chance to either amend his complaints in case nos. 17-cv-851-jdp, 17-cv-852-jdp, 18-cv-160-jdp, and 18-cv-162-jdp, or voluntarily dismiss them. Dkt. 17. In addition, I warned Pabon Gonzalez that his failure to respond would result in dismissal of each case with prejudice for his failure to state a claim upon which relief can be granted and that he would be issued "strikes" in accordance with 28 U.S.C. § 1915(g). *Id.*; *see also Paul v. Marberry*, 658 F.3d 702, 704–06 (7th Cir. 2011) (court should give strike for failure to correct pleading that violates Rule 8).

      Pabon Gonzalez has not responded to the October 12 order, so I will dismiss each of these four cases and assess him strikes in each case. This means that he has now accrued three

---

[1] I have provided only the caption for case no. 17-cv-851-jdp. The clerk of court is directed to docket this order in Pabon Gonzalez's other cases in which the motions discussed here are docketed.

or more strikes under § 1915(g), so he may no longer proceed *in forma pauperis* with lawsuits unless he alleges that he is in imminent danger of serious physical harm.

Pabon Gonzalez has three complaints still pending in this court: case nos. 18-cv-784-jdp, 18-cv-786-jdp, and 18-cv-787-jdp. I will proceed to screen those complaints to see if Pabon Gonzalez meets the imminent-danger requirement for *in forma pauperis* status in those cases.

ORDER

IT IS ORDERED that:

1. Case nos. 17-cv-851-jdp, 17-cv-852-jdp, 18-cv-160-jdp, and 18-cv-162-jdp are DISMISSED with prejudice for plaintiff Helson Pabon Gonzalez's failure to state a claim upon which relief can be granted. The clerk of court is directed to enter judgment in each case.

2. The clerk of court is directed to record a "strike" for plaintiff under 28 U.S.C. § 1915(g) in each of the four above-listed cases.

Entered December 12, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge